PEOPLE *v.* McCOY

Appeal from Recorder's Court of Detroit, Robert
J. Colombo, J.    Submitted Division 1 September
1, 1970, at Grand Rapids.    (Docket No. 7,928.)
Decided October 5, 1970.

Robert Lee McCoy was convicted, on his plea of
guilty, of larceny from the person.    Defendant ap-
peals.    Motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Arthur N.
Bishop,* Assistant Prosecuting Attorney, for the
people.

*Richard M. Lustig,* for defendant on appeal.

Before: FITZGERALD, P. J., and HOLBROOK and
T. M. BURNS, JJ.

PER CURIAM.    This case is submitted on the
people's motion to affirm.    Defendant has appealed
from his conviction, upon a plea of guilty, of the
charge of larceny from a person.    MCLA § 750.357
(Stat Ann 1954 Rev § 28.589).    Defendant, with
benefit of counsel, tendered his plea on May 16,
1969, in Detroit Recorder's Court.    On appeal, he

claims the trial judge erred in failing to specifically obtain a waiver of three constitutional rights: the right to trial by jury; the privilege against self-incrimination; and the right to confront his accusers. He relies on *Boykin* v. *Alabama* (1969), 395 US 238 (89 S Ct 1709, 23 L Ed 2d 274).

Since we definitively determined the single issue defendant now raises in *People* v. *Taylor* (1970), 23 Mich App 595, there is manifestly no need for further consideration of defendant's appeal. Motion to affirm is granted.